# UNITED STATES DISTRICT COURT

## District of Minnesota

Steven Wilkes,

Plaintiff,

v.

Cargill, Incorporated and Associated Companies Pension Plan for Production Employees, Cargill, Incorporated and Associated Companies Trust Agreement for Production Employees, Cargill, Incorporated,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-3227 (ECT/SGE)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Motion for Summary Judgment [ECF No. 29] is **DENIED**.
2. Defendants' Motion for Summary Judgment [ECF No. 24] is **GRANTED**.
3. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Date: 9/11/2026

KATE M. FOGARTY, CLERK